# Exhibit B

**Blue Cash Preferred® from American Express**

TARYN SINGER
Closing Date 04/26/16    Next Closing Date 05/27/16

Account Ending ▮

| New Balance | $▮ |
|---|---|
| Minimum Payment Due | $35.00 |
| Payment Due Date | 05/21/16 ‡ |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/21/16, you may have to pay a late fee of up to $37.00 and your Purchase APR may be increased to the Penalty APR of 29.49%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | ▮ | ▮ |
| ▮ | ▮ | ▮ |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

**See page 10** for an Important Change to Your Account Terms.

**Blue Cash Rewards**
as of Mar 2016   ▮

 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Previous Balance | $▮ |
|---|---|
| Payments/Credits | −$▮ |
| New Charges | +$▮ |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | ▮ |
|---|---|
| Minimum Payment Due | $35.00 |

Credit Limit   ▮
Available Credit
Cash Advance Limit   ▮
Available Cash

Days in Billing Period: 30

**Customer Care**

 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**        **Pay by Phone**
1-888-258-3741           1-800-472-9297

 See Page 2 for additional information.

Continued on page 3



---

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-61004**
Enter 15 digit account # on all payments.
Make check payable to American Express.

TARYN SINGER
1 BAKER LANE
SUFFERN NY 10901

Payment Due Date
**05/21/16**

Ne▮
$▮

AutoPa▮
$▮



AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____·____
**Amount Enclosed**

Check here if your address or phone number has changed. Note changes on reverse side.




## 2016 Fees and Interest Totals Year-to-Date

|                         | Amount |
|-------------------------|-------:|
| Total Fees in 2016      | $0.00  |
| Total Interest in 2016  | $0.00  |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To | | | |
| Purchases | 11/06/2015 | | 13.24% (v) | $0.00 | $0.00 |
| Cash Advances | 11/06/2015 | | 25.49% (v) | $0.00 | $0.00 |
| Introductory Purchase Rate Expires 02/24/2017 then will go to 13.24% (v)* | 11/06/2015 | | 0.00% | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

\* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.