# Exhibit C



**Blue Cash Preferred® from American Express**

p. 11/13

TARYN SINGER
Closing Date 06/26/16                                                                                                   Account Ending

## Notice of Important Change to Your Account Terms

We are making a change to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. Any language in the Agreement contrary to or conflicting with the terms amended below is deleted in its entirety to the extent of the conflict. All terms of the Agreement not amended herein remain in full force and effect. We urge you and any Additional Cardmembers on your Account to read the below notice carefully and file it along with your Agreement in a safe place for future reference. The detailed change to your Cardmember Agreement can be found after the summary chart.

| Summary of Changes | |
|---|---|
| **Penalty APR for existing balances** | Effective immediately, we are removing the section on *Penalty APR for existing balances* from Your Cardmember Agreement. This language will no longer apply to your account. Please see the sections titled *Penalty APR and When It Applies* and *Penalty APR for new transactions* for information on the Penalty APR. |
| **Using the card** | Currently, you may arrange for merchants to store certain account information for certain purposes (for example, for recurring billing). When you arrange for merchants to store this information, you acknowledge that we may share updates to this information with these merchants.<br><br>Effective August 15, 2016, we are updating your Cardmember Agreement to say that if you choose to store your account information with any third parties, we may also share updates to this information with these third parties. Please note that this only applies to third parties with whom you elect to share this information. |
| **Converting charges made in a foreign currency** | Effective August 15, 2016, we are updating your Cardmember Agreement to state that, for any charges you make in a foreign currency, AE Exposure Management Ltd. ("AEEML") will convert that charge into U.S. dollars. |
| **Closing your Account** | We are changing our policy for refunding Annual Membership fees for voluntary account cancellations taking place on or after September 1, 2016.<br><br>If an Annual Membership fee applies to your Account, we will refund this fee if you notify us that you are voluntarily closing your Account within 30 days of the Closing Date of the billing statement on which that fee appears. For cancellations after this 30 day period, the Annual Membership fee is non-refundable.<br><br>*For example, if your Annual Fee is charged on a billing statement on which the Closing Date is April 2, you have until May 2 to voluntarily cancel your Account and receive a full refund.*<br><br>Please note that any Annual Membership fees for additional cards may appear on a different billing statement than the Annual Membership fee for the Basic Card Member's Account. This means that additional card fees may not be refunded if you cancel your Account. |

ID 11579

*See the reverse side for the Detail of Changes to Your Cardmember Agreement*

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card.

### How Rates and Fees Work

<u>Effective immediately</u>, we are amending the *How Rates and Fees Work* table on page 2 of Part 1 of your Agreement by deleting the *Penalty APR for existing balances* row in its entirety.

### Using the Card

<u>Effective August 15, 2016</u>, in Part 2 of the Cardmember Agreement, we are amending the *Using the card* sub-section of the *About using your card* section by deleting the second paragraph (including the bullet points) and the third paragraph in their entirety and replacing them with the following:

> You may arrange for certain merchants and third parties to store your card number and expiration date, so that, for example:
> - the merchant may charge your account at regular intervals; or
> - you may make charges using that stored card information.
>
> We may (but are not required to) tell these merchants and third parties if your expiration date or card number changes or if your account status is updated, including if your account is cancelled. You must notify the merchants and third parties directly if you want them to stop charging your Account.

### Converting charges made in a foreign currency

<u>Effective August 15, 2016</u>, in Part 2 of the Cardmember Agreement, we are amending the *Converting charges made in a foreign currency* sub-section in the *Other important information* section by deleting the text in its entirety and replacing it with:

> If you make a charge in a foreign currency, AE Exposure Management Ltd. ("AEEML") will convert it into U.S. dollars on the date we or our agents process it, so that we bill you for the charge in U.S. dollars based upon this conversion. Unless a particular rate is required by law, AEEML will choose a conversion rate that is acceptable to us for that date. The rate AEEML uses is no more than the highest official rate published by a government agency or the highest interbank rate AEEML identifies from customary banking sources on the conversion date or the prior business day. This rate may differ from rates that are in effect on the date of your charge. We will bill charges converted by establishments (such as airlines) at the rates they use.

### Closing your Account

<u>Effective September 1, 2016</u>, in Part 2 of the Cardmember Agreement, we are amending the *Closing your Account* sub-section in the *Other important information* section by inserting a new paragraph after the first sentence:

> If an Annual Membership fee applies, we will refund this fee if you notify us that you are voluntarily closing your Account within 30 days of the Closing Date of the billing statement on which that fee appears. For cancellations after this 30 day period, the Annual Membership fee is non-refundable. If an Annual Membership fee applies to your Account, it is shown on page 1 and page 2 of Part 1 of the Cardmember Agreement.
>
> If your billing address is in the Commonwealth of Massachusetts at the time you close your account, this policy will not apply to you.