UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
TARYN SINGER,                        )
individually and on behalf of        )
all others similarly situated,       )
                                     )
              Plaintiff,          )
                                     )   No. 17-CV-2507 (VB)
  - against -                       )
                                     )
AMERICAN EXPRESS                     )
CENTURION BANK,                      )
                                     )
                                     )
              Defendant.          )
---------------------------------------------------x

### Certificate of Service

    I, Brian L. Bromberg, an attorney, hereby certify that on September 14, 2017, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Raymond A. Garcia, Esq.

Dated: September 14, 2017

                                          /s/ Brian L. Bromberg
                                             Brian L. Bromberg