Case 7:17-cv-02507-VB   Document 23   Filed 08/31/17   Page 1 of 1

# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

RECEIVED

SEP - 1 2017

CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

*The Second Amended Complaint shall be filed by 9/14/2017.*

*So Ordered:*

*VB* [signature]

*9/1/17*

August 31, 2017

Via ECF
Honorable Vincent L. Briccetti, U.S.D.J.
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *Singer v. American Express Centurion Bank*
      SDNY Case No. 17-CV-2507 (VB)

Dear Judge Briccetti:

My office, together with co-counsel, Harley J. Schnall, Esq., represents the plaintiff, Taryn Singer, in the above-referenced class action brought against American Express Centurion Bank for alleged violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.,* and state consumer-protection statutes.

In accordance with Your Honor's Order dated August 24, 2017 (ECF #22), I am writing to advise that Plaintiff intends to file a Second Amended Complaint. Plaintiff will do so by the date set forth in the Court's Order, *i.e.,* no later than 14 days from today.

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:     All Counsel (Via ECF)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-1-17