LAW OFFICE OF HARLEY J. SCHNALL
711 WEST END AVE.
NEW YORK, NY 10025

TEL 212.837.2550
FAX 212.678.0322

November 22, 2017

**Via ECF**

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re: _Singer v. American Express Centurion Bank_, Case No. 7:17-cv-02507-VB

Dear Your Honor:

My office, along with co-counsel, represents Plaintiff Taryn Singer in this matter. By this letter, Plaintiff seeks an extension of time to file her opposition to the Motion to Dismiss that was filed by defendant American Express Centurion Bank ("AECB") on October 12, 2017.

The current deadline for Plaintiff's opposition papers is November 27, 2017. Because I have been dealing with medical issues, Plaintiff requests a 7-day extension, to and including December 4, 2017, to oppose the Motion to Dismiss. This is Plaintiff's second request for an extension on the briefing schedule. AECB consents to this request, and in turn requests an extension for its reply from December 18, 2017 to January 5, 2018 because of the holidays.

Respectfully submitted,

/s/ Harley J. Schnall

Harley J. Schnall
cc: All Counsel (via ECF)