# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　　　26 Broadway, 21st Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:    (212) 248-7908

May 22, 2018

Via ECF
Honorable Vincent L. Briccetti, U.S.D.J.
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *Singer v. American Express Centurion Bank*
　　　SDNY Case No. 17-CV-2507 (VB)

Dear Judge Briccetti:

My office, together with co-counsel, Harley J. Schnall, Esq., represents the plaintiff, Taryn Singer, in the above-referenced class action brought against American Express Centurion Bank for alleged violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*

I am writing to request an adjournment, on consent of all parties, of the Rule 16 Conference scheduled for June 11, 2018, because I have to appear for a court-ordered settlement conference that day before a magistrate judge in Alexandria, Virginia on another class action. This is the first adjournment-request for the Rule 16 Conference.

I have consulted with defense counsel and everyone is available all day on June 13, 2018, or in the afternoon on June 18, 2018. Therefore, we request that Your Honor select one of those dates, if available.

　Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:    All Counsel (Via ECF)