# B‍ROMBERG L‍AW O‍FFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　26 Broadway, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

October 10, 2019

<u>Via ECF</u>
Honorable Steven M. Gold, U.S.M.J
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:　*Glover v. Nationwide Credit, Inc.*, 19-CV-4579 (PKC)(SMG)

Dear Judge Gold:

My office, together with co-counsel, represents the plaintiff, Roxanne Glover, in the above-referenced case.

I am pleased to report that the parties have settled the above-referenced case. The parties jointly request until November 25, 2019, to file the stipulation of dismissal, so as to allow the parties to circulate the settlement documents for signature and for Plaintiff to receive the settlement funds.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg

cc:　All Attorneys of Record (via ECF)