UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMAR SINGER, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>- against -<br>AMERICAN EXPRESS CENTURION BANK,<br>　　　　　Defendant. | No. 7:17-CV-02507 (VB)<br><br>CLASS ACTION |

**Declaration of Plaintiff's Attorney Harley J. Schnall in Support of Motion for Preliminary Approval of Class Action Settlement and Appointment as Class Counsel**

Under 28 U.S.C. § 1746, I, Harley J. Schnall, do hereby declare under penalty of perjury, that the following is true and correct:

1. I am a principal of the Law Office of Harley J. Schnall.

2. I am submitting this Declaration in support of Plaintiff's motion for class certification.

3. My credentials to serve as class counsel are as follows:

4. In 1984, I was graduated from New York University's Stern School of Business with a B.S. in Computer Applications.

5. In 1988, I was graduated from the University of Pennsylvania's Wharton School of Business with a M.B.A. in Finance.

6. In 1996, I was graduated from Fordham Law School with a J.D.

1

Case 7:17-cv-02507-VB   Document 74   Filed 11/19/19   Page 2 of 4

7. I am a member in good standing of the New York State Bar (Appellate Division, First Department) since 1997.

8. I am a member in good standing of the following federal courts:

U.S. District Court for the Southern District of New York 1999

U.S. District Court for the Eastern District of New York 1999

### Background and Qualifications

9. In March 1997, I started my own practice, concentrating in the field of consumer protection law.

10. I now focus my practice on representation of consumers in consumer rights litigation and class actions.

11. I am experienced in trial and appellate court litigation and have several reported cases, including:

> *Zevon v. Department Stores National Bank*, 2013 WL 5903024 (S.D.N.Y. Nov. 4, 2013)
>
> *Rubinstein v. Department Stores Nat. Bank*, 955 F.Supp.2d 260 (S.D.N.Y. 2013)
>
> *Taub v. World Financial Network Bank*, 950 F.Supp.2d 698 (S.D.N.Y. 2013)
>
> *Follman v. World Financial Network National Bank*, 721 F.Supp.2d 158 (E.D.N.Y. 2010)
>
> *Taub v. Big M, Inc.*, 719 F.Supp.2d 325 (S.D.N.Y. 2010)
>
> *Schuster v. Citibank (South Dakota), N.A.*, 2002 WL 31654984 (S.D.N.Y. Nov. 21, 2002)

2

12. I am also experienced in consumer class action litigation and have participated in the following filed cases, among others:

*Zevon v. Department Stores National Bank*, SDNY Case No. 12-cv-7799 (nationwide TILA settlement class certification of approximately 10,000 class members; settlement approved)

*Strubel v. Talbots Classics National Bank*, SDNY Case No. 13-cv-1106 (nationwide TILA settlement class certification of approximately160,000 class members; settlement approved)

*Milo v. Barneys, Inc.,* SDNY, Case No. 10-cv-3133 (TILA settlement class certification of 1,500 class members; settlement approved)

*Rubinstein v. Department Stores National Bank*, SDNY Case No. 08-CV-1596, (nationwide TILA settlement class certification of approximately 30 million class members; settlement approved)

*Schwartz v. GE Capital Consumer Card Co.*, EDNY, Case No. 06-CV- 394 (nationwide TILA settlement class certification of 237,748 members; settlement approved)

Under 28 U.S.C. § 1746, I, Harley J. Schnall, do hereby certify under penalties of perjury, that the above statements are true and correct to the extent they reflect my personal knowledge and otherwise are based upon my information and belief.

Dated:   New York, New York
         November 18, 2019

                              /s/ Harley J. Schnall
                              Harley J. Schnall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
TARYN SINGER,                              )
individually and on behalf of              )
all others similarly situated,             )
                                           )
                       Plaintiff,          )
                                           )   No. 17-CV-2507 (VB)
       - against -                         )
                                           )
AMERICAN EXPRESS                           )
CENTURION BANK,                            )
                                           )
                                           )
                       Defendant.          )
----------------------------------------------------x

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that on November 19, 2019, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Raymond A. Garcia, Esq.

Harley J. Schnall, Esq.

Dated: November 19, 2019

                                   /s/ Brian L. Bromberg
                                   Brian L. Bromberg