UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
TARYN SINGER,                              )
individually and on behalf of              )
all others similarly situated,             )
                                           )
              Plaintiff,           )     No. 17-CV-2507 (VB)
                                           )
   - against -                           )     CLASS ACTION
                                           )
AMERICAN EXPRESS                           )
CENTURION BANK,                            )
                                           )
              Defendant.           )
---------------------------------------------------x

Declaration of Brian L. Bromberg in Support of
RIP Medical Debt as *Cy Pres* Recipient

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby declare under penalty of perjury, that the following is true and correct:

1. I am a principal of the Bromberg Law Office, P.C.

2. I am submitting this Declaration to provide the Court with detailed information about RIP Medical Debt, the *cy pres* recipient proposed by Plaintiff Taryn Singer.

3. RIP Medical Debt is a New York-based non-profit that purchases large amounts of medical debt and then forgives that debt without adverse tax consequences for the recipients. Its mission is to remove the burden of medical debt for individuals and families and veterans across America.

1

4. RIP Medical Debt was founded in 2014 by two former debt collectors, Craig Antico and Jeffrey Ashton, who decided to use their knowledge of the secondary debt market to buy up large bundles of medical debt and then forgive that debt without tax consequences for donors or recipients.

5. RIP Medical Debt focuses on buying up the debt of those at or near the poverty line and has developed specific campaigns, including one focused on purchasing the debts of healthcare professionals and first responders who are on the frontline of the pandemic response.

6. RIP Medical Debt has already forgiven almost $1.4 billion in medical debt since its inception, providing relief to more than 650,000 individuals families across the country.

7. Its valuable work has been the subject of profiles in the New York Times (a copy of which is attached hereto as <u>Exhibit A</u>), PBS News Hour (a transcript of which is attached hereto as <u>Exhibit B</u>), and Last Week Tonight with John Oliver (available at https://youtu.be/hxUAntt1z2c [last accessed May 26, 2020]).

8. Medical debt is one of the leading causes of bankruptcy in the United States. Medical debt forgiveness is therefore an effective means of alleviating a key source of financial pressure on consumers.

9. Forgiving medical debt is especially pressing given the current pandemic, which is creating additional financial pressure on consumers.

10.	For these reasons, Plaintiff proposes RIP Medical Debt as an appropriate recipient of any *cy pres* funds in this action.

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby certify under penalties of perjury, that the above statements are true and correct to the extent they reflect my personal knowledge and otherwise are based upon my information and belief.

Dated: New York, New York
      May 26, 2020

                                      <u>/s/ Brian L. Bromberg</u>
                                      Brian L. Bromberg